UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVIS RHODES,

                Plaintiff,

       -against-

BRISTOL-MYERS SQUIBB COMPANY.,

                Defendant.

25 CIVIL 06269 (JMF)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated May 12, 2026, Rhodes's request for leave to amend is DENIED. Judgment entered for BMS consistent with this Opinion and Order, and this case is closed.

**Dated:**   New York, New York
          May 13, 2026

                             **TAMMI M. HELLWIG**
                             **Clerk of Court**

**BY:**

                             **Deputy Clerk**